# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff(s)

V.

EFRAIN CHAVEZ,

Defendant(s).

CASE NUMBER: ED19-0621M

**WARRANT FOR ARREST**

FILED 2019 NOV 22 AM 9:10 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE BY: ___

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest EFRAIN CHAVEZ

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n):  ☒ Complaint  ☐ Indictment  ☐ Information  ☐ Order of Court  ☐ Violation Petition  ☐ Violation Notice

charging him/her with (ENTER DESCRIPTION OF OFFENSE BELOW)

Distribution of Methamphetamine

in violation of Title 21 United States Code, Section(s) 841(a)(1), (b)(1)(A)(viii)

Kiry K. Gray
NAME OF ISSUING OFFICER

Clerk of Court
TITLE OF ISSUING OFFICER

A. BANDEK
SIGNATURE OF DEPUTY CLERK

11/19/19 at Riverside, CA
DATE AND LOCATION OF ISSUANCE

By: KENLY KIYA KATO
NAME OF JUDICIAL OFFICER

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

11-19-19
DATE RECEIVED

11-21-19
DATE OF ARREST

Sonny Villareal
NAME OF ARRESTING OFFICER

Special Agent
TITLE

SIGNATURE OF ARRESTING OFFICER

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

G-04   (10/15)   WARRANT FOR ARREST   Page 1 of 2