**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Efrain Chavez Defendant. | Eastern Division<br>Case #: 5:19-MJ-00621   Complaint & Warrant<br>Initial App. Date: 11/22/2019   Custody<br>Time: 2:00 PM<br><br>Date Filed: 11/22/2019<br>Violation: 21 USC 841(A)(1), (B)(1)(A)(viii)<br>CourtSmart/Reporter: RS4 11-22-19 |

| | |
|---|---|
| **PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Kenly Kiya Kato** | **CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE** |

**PRESENT:**   Deb Taylor   Eli Alcaraz   / None
  ----------------   ----------------   ----------------
  *Deputy Clerk*   *Assistant U.S. Attorney*   *Interpreter/Language*

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing

☑ Defendant states true name is as charged.

☑ Defendant advised of consequences of false statement in financial affidavit.

☑ Attorney: Caroline Hahn ☑ DFPD, ☑ Appointed

☑ Government's request for detention is: GRANTED.

☑ Defendant is ordered: Permanently Detained

☑ Preliminary Hearing waived.

☑ PIA set for 12/26/19 at 10:00 AM in Riverside.

☑ Defendant committed to the custody of the U.S. Marshal

Deputy Clerk Initials: dts
00 : 20